IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**JERRY MASON**
Plaintiff,

**2-17CV-877-B**
CIVIL ACTION NO. _____

**Fremont Investment & Loan**
**HSBC Bank USA, National Association**
**Ocwen Loan Servicing, LLC**
**Power Default Services, Inc.**
**JOHN DOES 1-5,**

Defendants.

## COMPLAINT

The Plaintiff, JERRY MASON pro se, sues Defendants, Fremont Investment & Loan, HSBC Bank USA, National Association, Ocwen Loan Servicing, LLC, Power Default Services, Inc. and JOHN DOES 1-5.

### Jurisdiction

1. Plaintiff, Jerry Mason is a resident of Ellis County, Texas and otherwise *sui juris*.

2. Defendant, Fremont Investment & Loan, as of June 2, 2008, Fremont Investment & Loan was acquired by Litton Loan Servicing, LP. The company is based in Houston, Texas. As of September 1, 2011, Litton Loan Servicing LP operates as a subsidiary of Ocwen Loan Servicing, LLC – see paragraph 4 below.

3. Defendant, HSBC Bank USA, National Association., is a foreign financial institution and is authorized to do business in the State of Texas. In the alternative, there is diversity of

1

citizenship because the home office of the Defendant is in another state even though it has continued to conduct business in the State of Texas.

4. Defendant, Ocwen Loan Servicing, LLC., is a Foreign Limited Liability Company corporation and is authorized to do business in the State of Texas. In the alternative, there is diversity of citizenship because the home office of the Defendant is in another state even though it has continued to conduct business in the State of Texas.

5. Defendant, Power Default Services, Inc.is a Foreign For-Profit Corporation and is authorized to do business in the State of Texas and has a home office in Texas.

6. The amount in controversy without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332. The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States; (2) citizens of a State and citizens or subjects of a foreign state; (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States. The court has subject matter jurisdiction.

7. This action involves the federal question in the application of rescission procedures as specified in the Federal Truth in Lending Act, 15 U.S.C. §1635, et seq. (hereinafter referred to as TILA).

8. This action involves the federal question in the application of rescission procedures as specified in the Federal Truth in Lending Act, 15 U.S.C. §1635, et seq. (hereinafter referred to as TILA).

**Preliminary Factual Allegations Applicable to All Counts**

2

9. On February 9, 2017, the Plaintiff sent to all Defendants a letter of Rescission dated February 7, 2017 regarding Rescission of two loans: Freemont Investment & Loan - Adjustable Rate Note Account No. 925000171488 (now serviced by Ocwen Loan Servicing, LLC Loan number: 7091145362) and Freemont Investment & Loan - Purchase Money Note Account No. 925000171036 (now serviced by Ocwen Loan Servicing, LLC Loan number: 7878275. And Power Default Services, Inc. File Number 2015-00911-TX and alleged successors in interest to real property located at 101 Poinsetta Dr., Palmer, TX 75152, Ellis county, which is attached hereto as Exhibit "A" Rescission Letter.

10. Notice of Rescission of the loans was sent to all Defendants, U.S.P.S. Certified Mail January 13, 2017 as depicted in the mailing confirmations attached hereto as Exhibit "B" Mailing Confirmations.

11. As set forth in TILA, and the applicable extension as provided in Regulation Z, the loan contract (note and mortgage) was cancelled by operation of law upon mailing the Notice of Rescission. This is per the unanimous Supreme Court Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. ___ (2015), a United States Supreme Court case in which the Court held that the Truth in Lending Act does not require borrowers to file a lawsuit to rescind loans and <u>that sending written notice is sufficient to effectuate rescission.</u> Some commentators described Justice Antonin Scalia's unanimous majority opinion as "terse" and the "shortest opinion of the year". Other analysts have described Jesinoski as a "landmark case" in Truth in Lending Act jurisprudence.

12. The loan contract was cancelled by operation of law on the date of mailing shown on Exhibit "A."

13. The note was rendered "void" by operation of law on the date of mailing shown on Exhibit "A."

14. The mortgage was rendered "void" by operation of law on the date of mailing shown on Exhibit "A."

15. Under TILA, the Defendants, if it is a creditor, are required to comply with the rescission within twenty-days by performing three acts:

   a. Return of the cancelled note,

   b. Filing in the county records such instrument that would release any encumbrance or lien arising out of the cancelled loan contract, and

   c. Payment of all money received from the Plaintiffs, on behalf of the Plaintiffs, and all money paid for fees, commissions or other compensation in connection with the alleged origination of the loan contract.

16. By operation of law, the rescission is effective as of the date and time of mailing and no lawsuit is required by the Plaintiff and no tender of any payment is required by the Plaintiff.

## COUNT I – TEMPORARY AND PERMANENT INJUNCTION

17. The Plaintiff realleges and reaffirms the Jurisdictional Allegations as if they were specifically set forth herein.

18. The Plaintiffs realleges and reaffirms the Preliminary Factual Allegations Applicable to All Counts numbers 10-16 as if they were specifically set forth herein.

19. This is a cause of action which seeks injunctive relief for preventing Defendants from collecting, forcing, reporting, or taking any affirmative action or seeking any relief with respect to the loan contract that is referenced in the subject Rescission letter (Exhibit "A").

20. This property is unique in that it is a residential home that is owned by the Plaintiff and who has made a substantial investment in the property and the property contains his personal items.

21. The Plaintiff will be irreparably damaged by the Defendants, in its continued pursuit of a wrongful foreclosure sale Tuesday April 4, 2017 if not stopped and is in direct violation of TILA.

22. Defendants will be proceeding with a judicial sale of the property Tuesday April 4, 2017 despite the prohibition imposed by TILA, and as recently ruled upon by the United States Supreme Court and under Federal Reserve Regulation Z.

23. Attached hereto as Exhibit "C" Recorded Letter of Rescission is constructive notice to the world as to the judicial sale of the property and was recorded against the property after the rescission took effect upon mailing by operation of law per Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. ___ (2015) decision.

24. If not enjoined, Defendants have made it clear that they are ignoring federal law and is attempting to unlawfully take this property from the Plaintiff further casting doubt on the marketability of the title that will only add to and create complexities in the title that were directly caused by the Defendant and its predecessors in interest.

25. The Plaintiff has been obliged to seek the services of legal counsel to represent Plaintiff to take over this case, to amend this complaint to add violations of the FDCPA law and forgery and fraud of foreclosing instruments recorded in the land records, served on the court and trustee. The cost of paying attorney fees, expenses, and costs for which the Defendant should be responsible.

WHERFORE, the Plaintiff prays that this Honorable Court will enter an order enjoining the Defendants from any use of any document, claim or instrument referenced as rescinded or cancelled in the subject Rescission letter and further stating that the note and deed of trust are null and void, grant attorney's fees and costs, and grant such further relief as this Court may deem just and proper.

## COUNT II – MANDATORY INJUNCTION

26. The Plaintiffs realleges and reaffirms the Jurisdictional Allegations as if they were specifically set forth herein.

27. The Plaintiffs realleges and reaffirms the Preliminary Factual Allegations Applicable to All Counts numbers 10-16 as if they were specifically set forth herein.

28. Under TILA, the Defendant, if it is a creditor instead of a debt collector with no rights to foreclose, is required to comply with the rescission within twenty days by performing three acts:

   a) Return of the cancelled note,

   b) Filing in the county records such instrument that would release any encumbrance or lien arising out of the cancelled loan contract, and

   c) Payment of all money received from the Plaintiff, on behalf of the Plaintiff, and all money paid for fees, commissions or other compensation in connection with the alleged origination of the loan contract.

29. In fact, the Defendants are continuing to attempt a foreclosure sale Tuesday April 4, 2017 based upon a mortgage which is now "void."

30. In order to seek legal redress, the Plaintiff has been obliged to seek the services of legal

counsel to take over his pro se case and will be obligated to pay reasonable attorney's fees, expenses and costs for which the Defendants should be liable.

WHEREFORE, the Plaintiff prays that this Honorable Court will enter an order requiring the Defendants to return the cancelled original note to Plaintiff, to file any documents required to release any claim of encumbrance or lien arising out of the loan contract referenced in the Rescission letter, and grant the Plaintiff attorney's fees, expenses and costs of this action and grant such other relief as the Court may deem just and proper including, but not limited to an accounting of all money paid or received as compensation arising out of the execution of instruments by Plaintiff relating to the loan contract that was referenced in the subject Notice of Rescission.

Dated:        March 27, 2017

Respectfully submitted,

_____
Jerry Mason
101 Poinsetta Dr
Palmer, TX 75152
214-402-6267
jerry.mason@terrellisd.org

**Exhibit A: Rescission Letter dated Tuesday, February 7, 2017**

Tuesday, February 7, 2017

| | |
|---|---|
| Freemont Investment & Loan<br>Registered Agent<br>CT CORPORATION SYSTEM<br>350 N. St. Paul St., Ste. 2900<br>Dallas, TX 75201-4234 | HSBC Bank USA National Association<br>Registered Agent<br>CT CORPORATION SYSTEM<br>1200 S. PINE ISLAND ROAD<br>PLANTATION, FL 33324 |
| Ocwen Loan Servicing, LLC<br>Registered Agent<br>Corporation Service Company dba CSC - Lawyers Incorporating Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701-3218 | Power Default Services, Inc.<br>Registered Agent<br>C T Corporation System<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 |

Jerry Mason
101 Poinsetta Dr.
Palmer, TX 75152

RE: Rescission of two loans: Freemont Investment & Loan - Adjustable Rate Note Account No. 925000171488 (now serviced by Ocwen Loan Servicing, LLC Loan number: 7091145362) and Freemont Investment & Loan - Purchase Money Note Account No. 925000171036 (now serviced by Ocwen Loan Servicing, LLC Loan number: 7878275. And Power Default Services, Inc. File Number 2015-00911-TX and alleged successors in interest to real property located at 101 Poinsetta Dr., Palmer, TX 75152, Ellis county.

The Above Whom It May Concern:

Pursuant to the provisions of the Truth and Lending Act ("TILA"), 15 U.S.C. Section 1635, I hereby rescind the above-referenced loan, due to violations of TILA, including but not limited to the unlawful failure to give timely and proper notices required under TILA.

With this letter, I hereby exercise my rights under the Federal Truth in Lending Act, 15 U.S.C. § 1635 and Regulation Z, 12 C.F.R. 226.23(b)(5) to rescind the above referenced mortgage loan due to recently learned and now undeniable fraud, concealment, non-disclosure, white collar crime, R.I.C.O. crime and more at alleged closing – again only recently learned.

Please be advised that your note and security interest in the home is now null and void per operation of law by 15 U.S.C. § 1635; Regulation Z § 226.23 and to do your part to terminate the security interest in the home, return the cancelled note and refund all payments.

Thank you for your prompt attention to this. You may contact me at 214-402-6267 or jerry.mason@terrellisd.org should you require any further information or like to discuss this matter further.

Sincerely,

*Jerry Mason*
Jerry Mason

c.c.  Consumer Financial Protection Bureau, P.O. Box 4503, Iowa City, Iowa 52244

**Exhibit B: Mailing Confirmations.**




Ocwen Loan Servicing LLC
Corporation Service Company
211 E 7th Street #620
Austin, TX. 78701-3218




Freemont Investment & Loan
CT Corporation System
350 N. St. Paul St. St 2900
Dallas, TX 75201-4234

Tony Mason
101 Palmetto Cr.
Palmer, TX 75152



7014 2870 0001 6863 1925



Power Default Services, Inc
CT Corporation System
1999 Bryan St #900
Dallas, TX 75201

Tony Mason
101 Palmetto Cr.
Palmer, TX 75152



7014 2870 0001 6863 1994



HSBC USA National Association
CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324

## Exhibit C: Recorded Rescission Letter dated February 7, 2017

FILED FOR RECORD - ELLIS COUNTY, TEXAS
INST NO. 1704425   FILING DATE/TIME: Feb 16, 2017 at 10:15:00 AM

Prepared by and return to:
Jerry Mason
101 Poinsetta Drive
Palmer, Texas 75152

### NOTICE OF FILING OF RESCISSION

COMES NOW, JERRY MASON, and hereby files the attached Rescission letter regarding the described real estate and premises located in ~~Pottawatomie~~ ELLis County, State of Texas:

LOT 6, BLOCK H, OF THE MEADOWS OF PALMER, PHASE TWO, AN ADDITION TO THE CITY OF PALMER, ELLIS CUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET G, SLIDE 146, OF THE PLAT RECORDS OF ELLIS COUNTY, TEXAS.

Further described as: 101 Poinsetta Drive, Palmer, Texas 75152.

*/s/ Jerry Mason*

Signed, sealed and delivered in the presents of:

Witness: */s/ Erica Jackson*   Witness: */s/ Samuel R. Flores*
Printed Name: ERICA JACKSON   Printed Name: Samuel R. Flores
Witness: */s/*   Witness: */s/*
Printed Name: Corbin Giroux   Printed Name: Neftali Mangual

State of Texas
County of Kaufman

The foregoing instrument is acknowledged before me on this 15 day of February 2017 by **Jerry Mason** who is personally known to me or who has/have produced Texas DL as identification and did take an oath. Witness my signature and official seal in the aforesaid state and county.

Date: February 15, 2017

*/s/ Kenneth D Megli*
My commission expires 7-03-2018

Notary Public   KENNETH D MEGLI
(Affix Notary Seal)   Notary Public, State of Texas
My Commission Expires
July 03, 2018

A CERTIFIED COPY 2-16-17
ATTEST:
CINDY POLLEY, COUNTY CLERK
ELLIS COUNTY, TEXAS
BY _____ DEPUTY

Tuesday, February 7, 2017

| | |
|---|---|
| Freemont Investment & Loan<br>Registered Agent<br>CT CORPORATION SYSTEM<br>350 N. St. Paul St., Ste. 2900<br>Dallas, TX 75201-4234 | HSBC Bank USA National Association<br>Registered Agent<br>CT CORPORATION SYSTEM<br>1200 S. PINE ISLAND ROAD<br>PLANTATION, FL 33324 |
| Ocwen Loan Servicing, LLC<br>Registered Agent<br>Corporation Service Company dba CSC - Lawyers Incorporating Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701-3218 | Power Default Services, Inc.<br>Registered Agent<br>C T Corporation System<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 |

Jerry Mason
101 Poinsetta Dr.
Palmer, TX 75152

RE: Rescission of two loans: Freemont Investment & Loan - Adjustable Rate Note Account No. 925000171488 (now serviced by Ocwen Loan Servicing, LLC Loan number: 7091145362) and Freemont Investment & Loan - Purchase Money Note Account No. 925000171036 (now serviced by Ocwen Loan Servicing, LLC Loan number: 7878275. And Power Default Services, Inc. File Number 2015-00911-TX and alleged successors in interest to real property located at 101 Poinsetta Dr., Palmer, TX 75152, Ellis county.

The Above Whom It May Concern:

Pursuant to the provisions of the Truth and Lending Act ("TILA"), 15 U.S.C. Section 1635, I hereby rescind the above-referenced loan, due to violations of TILA, including but not limited to the unlawful failure to give timely and proper notices required under TILA.

With this letter, I hereby exercise my rights under the Federal Truth in Lending Act, 15 U.S.C. § 1635 and Regulation Z, 12 C.F.R. 226.23(b)(5) to rescind the above referenced mortgage loan due to recently learned and now undeniable fraud, concealment, non-disclosure, white collar crime, R.I.C.O. crime and more at alleged closing -- again only recently learned.

Please be advised that your note and security interest in the home is now null and void per operation of law by 15 U.S.C. § 1635; Regulation Z § 226.23 and to do your part to terminate the security interest in the home, return the cancelled note and refund all payments.

Thank you for your prompt attention to this. You may contact me at 214-402-6267 or jerry.mason@terrellisd.org should you require any further information or like to discuss this matter further.

Sincerely,

*Jerry Mason*
Jerry Mason

c.c. Consumer Financial Protection Bureau, P.O. Box 4503, Iowa City, Iowa 52244

Page 1 | 1

A CERTIFIED COPY
ATTEST: 2/16/17
CINDY POLLEY, COUNTY CLERK
ELLIS COUNTY, TEXAS
BY _____ DEPUTY

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jerry Mason

## DEFENDANTS
Power Default Services, Inc., Fremont Investment & Loan. HSBC Bank USA, National Association, Ocwen Loan Servicing, LLC

**(b)** County of Residence of First Listed Plaintiff: Ellis County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dallas County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED
QAP
MAR 28 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jerry Mason pro se, 101 Poinsetta Dr, Palmer, TX 75152, 214-402-6267, jerry.mason@terrellisd.org

Attorneys (If Known): unknown for this new lawsuit

3-17CV-877-B

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | PERSONAL INJURY: ☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL PROPERTY** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 370 Other Fraud | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 371 Truth in Lending | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 380 Other Personal Property Damage | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 385 Property Damage Product Liability | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | **CIVIL RIGHTS** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 441 Voting | **PRISONER PETITIONS** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 442 Employment; ☐ 443 Housing/Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence; **Habeas Corpus:** ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Truth in Lending Act, 15 U.S.C. §1635, et seq.

Brief description of cause:
for a court order that the rescission was effective by operation of law thus mortgage, note, loan are null and void

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/28/2017
SIGNATURE OF ATTORNEY OF RECORD: Jerry Mason

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____